JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY A. B., | CASE NO. SACV 23-0920 AGR |
| Plaintiff, | |
| vs. | JUDGMENT |
| MARTIN J. O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff. The decision of the Commissioner is reversed and the matter is remanded for further proceedings consistent with the Opinion and Order.

DATED: May 23, 2024

_____
ALICIA G. ROSENBERG
United States Magistrate Judge