# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY ANN BUSHEY,<br><br>    Plaintiff,<br><br>    vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant | Case No.: 8:23-cv-00920-AGR<br><br>{~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $8,100.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:  July 11, 2024

*/s/ Alicia G. Rosenberg*

THE HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE